R. H. Browning and R. D. Beverly, late co-partners trading under the firm name and style of Browning & Beverly, Plaintiffs in Error, v. The Coe-Mortimer Company, a corporation, Defendant in Error.

. A Writ of Error to the Circuit Court for St. Johns County.

Writ of Error dismissed on motion of counsel for Plaintiffs in Error.

*Hilburn & Merryday,* for Plaintiffs in Error.

———————

Frank Bryson and Ridgewood Park Company, a corporation, Appellants, v. Alvise Bragadin, Appellee.

An Appeal from the Circuit Court for Hillsborough County.

Appeal dismissed on motion of counsel for Appellants.

*James F. Glen* and *Whitaker, Himes & Whitaker,* for Appellants;

*Caraballo & Moran,* for Appellee.

———————

Perry Alford, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for Columbia County.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, for the motion.

---

Jack Chapman, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for Walton County.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General for the motion.

---

Bartolo Valentin, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for Hillsborough County.

Writ of Error dismissed on motion of the Attorney General.

*Rivers Buford,* Attorney General, for the motion.

---

H. A. Gay, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to the Circuit Court for Jackson County.